IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XIANXUE ZHOU<br><br>             Plaintiff,<br><br>  v.<br><br>THE PARTNERSHIPS and UNINCOPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>             Defendant. | Civil Action No. 1:19-cv-7459 |

## EXHIBIT A – SEALED DOCUMENT

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Schedule A will be filed separately under seal and will remain under seal until further order of this court.

Dated this 11th day of November, 2019.

Respectfully submitted,

/s/ *Hao Ni*
Hao Ni
Texas Bar No.: 24047205
Ni, Wang & Massand, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
972.331.4600
97.314.0900 (facsimile)
hni@nilawfirm.com
*Counsel for Plaintiff Xianxue Zhou*